1-24-CV-00418-JBP

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 21 2024

JEFFREY P. COLWELL
CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-CV-00418-SBP
(To be supplied by the court)

Heshimo Yaphet Carr
, Plaintiff

v.

**Jury Trial requested:**
(please check one)
✓ Yes ____ No

1 • Core Civic, entity, Company, policies, Mgmnt, Inc

2 • Crowley County Correctional Facility (prison), Policies, Mgmnt, Contract w/ cdoc

3 • Colorado Department of Corrections, Policies, Mgmnt. ARIS - Contract w/ Core Civic

4 • Berry Goodrich, Warden CCCF
, Defendant(s). "See attached"

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

**PRISONER COMPLAINT**

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

Format #
H1 - H35

**A.    PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

Heshimo Yaphet Carr #82361  P.O. Box 100 Olney Springs, Co. 81062-8700

(Name, prisoner identification number, and complete mailing address)

n/A

(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

___    Pretrial detainee
___    Civilly committed detainee
___    Immigration detainee
✓    Convicted and sentenced state prisoner
___    Convicted and sentenced federal prisoner
___    Other: (*Please explain*) placed in Private Prison - Core Civic Inc / Crowley County Correc. Facility

**B.    DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint.  If more space is needed, use extra paper to provide the information requested.  The additional pages regarding defendants should be labeled "B.  DEFENDANT(S) INFORMATION."*

Defendant 1:    Core Civic  Corporation - Private Prisons - Policies, Mgmnt.

(Name, job title, and complete mailing address)

6564 State Highway 96, Olney Springs, Co 81062-8700

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  ✓ Yes  ___ No (*check one*).  Briefly explain:

Core Civic accepts Colorado Prisoners from Dept of Corr. Policy then house them in Privatly Run for Profit Prison industry

Defendant 1 is being sued in his/her  ✓ individual and/or  ✓ official capacity.

H2

1-24-CV-00418 SBP

Defendant 2: Crowley County Correctional Facility - Private Prison - Policies, Mgmnt.
(Name, job title, and complete mailing address)                    * Contract

6564 State Highway 96, Olney Springs, Co 81062 - 8700

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

Crowley Correctional County Facility is a Private Prison - Policy, Contract
performing traditional State function housing State Prisoners

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.


Defendant 3: Colorado Dept of Corrections    Prison system - Policies, Mgmnt Contract
(Name, job title, and complete mailing address)

1250 Academy Park Loop Colorado Springs, Colorado 80910

At the time the claim(s) in this complaint arose, was this defendant acting under
color of state or federal law? ✓ Yes ___ No (check one). Briefly explain:

CDOC incarcerates citizens as prisoners for
the state of Colorado thru Policy, Mgmnt, contracts w/ Private Prisons

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.


## C.    JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓    State/Local Official (42 U.S.C. § 1983)

___    Federal Official
        As to the federal official, are you seeking:
        ___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of
        Narcotics*, 403 U.S. 388 (1971)
        ✓ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 1343(a)(3)
        28 U.S.C. § 2201

✓    Other: *(please identify)* 1, 4, 5, 8, 14 US Const. Amend, Deprivation of Rights, Acting Under State Law
Municipal liability for Monell claims    Supplemental Jurisdiction
                                          over State law claims
                                          under 28 USC Section
                                          1346

H3                                        3

Additional pages Regarding defendants    1-24-CV-00418 SBP

Labeled "B. Defendant(s) Information"

Defendant 4: Berry Goodrich  Warden "CCCF" Core Civic Private Prisons

6564 State Highway 96 Olney Springs, Co 81062-8700

At the time of claim this complaint arose defendant was
Acting under color of State or Federal Law. _Yes_

Explain: Berry Goodrich is the Warden of Private Prison CCCF
a Core Civic Private Prison under Contract with Colorado
Department of Corrections with Final Decision Authority @
Prison, Regarding Safety Security Policy Procedure

Defendant 4 is being sued in _both individual and_
_official capacities._ _Yes_

Defendant 5: Andre Stancil, Executive Director of CDOC

1250 Academy Park Loop Colorado Springs, Co 80910

Defendant 5 was acting under the color of State
or Federal law at the time the Claim(s)
in this Complaint arose  _Yes_

Explain: Andres Stancil is Executive Director in
Colorado Dept of Correc ultimate Authority for
Safety Security decision and Policy accountability

Defendant 5 is being sued in both individual
and official Capacity _Yes_

Defendant 6: Jeremy Brandt PPMU Assistant Director CDOC/ Private Prisons

1250 Academy Park Loop Colorado Springs, Co 80910

Defendant 6 was acting under Color of State Law
or Federal Law at the time the claim(s) in this
complaint arose _Yes_

Explain: Performing a central state Function for Colorado
Department of Corrections Monitoring Contract, onsite
conditions at Core Civic Private Prison including CCCF
making executive decisions regarding safety, security etc.

Defendant 6 is being sued in both individual and official
capacity _Yes_

f4

Additional Pages Regarding Defendents
Labeled "B Defendants Information"                    1-24-CV-00418-SBP

Defendant 7: "Unknown Contractors of Core Civic" example°/CCCF
- Maintenance Personnel-Management - Director /CCCF
- Insurance Policy Provider Core Civic Inc, LLC / CCCF
- Core Civic Quality Assurance Personnel / Director/CCCF
- Core Civic Headquarters Management -Director / CCCF
- Facility Specific Policies Director /CCCF
- Core Civic Auditor - Audit Personnel /CCCF
- Core Civic Facility Support Center/CCCF
- Core Civic Policy Management / CCCF
- Annual Policy Audit Contractor - Core Civic/CCCF
- Implementation Plan Policy Core Civic/CCCF
- Planning and Continuing Improvement AR 100-35/CCCF
- Core Civic -CDOC Contact -Policy Manager/CCCF
- Liability Insurance Provider for Core Civic/CCCF
- Accredidation Documentation Contractor Core Civic/CCCF
- CCCF/ Core Civic Installer unsafe steps - Maintenance
- Core Civic / CCCF/CDOC contract Agreement /Insurance
- Core Civic -CCCF Facility Technology Dept
- Core Civic / CCCF Policy 1-15, 1-15 D, 1-15 B
- Core Civic office of General Counsel
- Core Civic, CCCF Records-Reports Manager-Dept.

6564 State Highway 96 Olney Springs, Co 81062 -8700

Performing a Central State Function for State of Colorado, CDOC
Defendant 7 was Acting under Color of State or Federal Law
Yes

Explain: Defendant 7: "Unknown Contractors of Core Civic" Policies Management
Personnell engage in Private Prison industry for Profit contracting
with CDOC inmate incarceration Liable for Safety and Security
overall welfare of offender in their placement

Defendant 7: is being sued in both individual and official Capacity
Yes

A5

Additional Pages Regarding Defendants
Labeled "B Defendant(s) Information"

1-24-CV-00418-SBP

Defendant 8: Unknown Defendants: John Does 1-25 "Core Civic / CCCF"
Custodians of Prison Policy, Care, Management

6564 State Highway 96, Olney Springs, Co 81062

At the time the claim(s) in this Complaint arose.
Defendant 8 was Acting under Color of State
or Federal Law _Yes_

Explain: Performing a Central State Function For the
State of Colorado incarcerating citizens for Laws violation
punishment detainment acting as Keeper Warden,
Medical Provider, Maintenance Contractor Policy maker,
Policy enforcer Safety and Security Manager

Defendant 8 is being sued in both individual and
official capacity _Yes_

Defendant 9: Unknown Defendants: John Does 1-25 "CDOC"
Custodians of Prison Policy, Care, Management
Safety and Security

1250 Academy Park Loop Colorado Springs Colorado 80910

Defendant 9 was acting under color of State and or
Federal Law at the time that the claim(s) in
this Complaint arose _Yes_

CDOC - Colorado Department of Corrections employees
personnel policy - management directly made all decisions
regarding prison placement, handling, supervision, safety security,
and welfare of Plaintiff acting under color of Law which
placed Plaintiff in harms way.

Defendant 9 is being sued in both individual and official
capacity. _Yes_

Additional Pages Regarding Defendants
Labeled "B Defendant(s) Information

1-24-CV-00418-JBP

Defendant 10: "Unknown Defendants" CDOC 1-25
- Support Operations - Operators / Policy
- Safety Program AR 1550-01 Policy
- Life Safety Coordinator Director Policy
- CDOC Safety Program / Policy
- Accident Prevention Personnel / Policy
- Risk Assessment Team / Policy
- Loss Control Team / Policy
- Accident Investigator - w/ Policy
- Central Safety Committee Personnel-Policy
- Life Safety Administrator / Policy
- Corrections Training Academy Policy/Mgmnt
- State Risk Management / Policy
- INSURANCE COVERAGE - CDOC - Policy - AR#200-04
- Inspections Policy AR 1550-01 pg 1-5
- New Construction Policy / Mgmnt
- Renovation Policy / Mgmnt
- Safety Performance Policy / Mgmnt
- CDOC Risk Managment Team / Policy
- Risk Management Team CDOC
- Safety Liason to State Risk Mgmnt / Policy
- CDOC Safety Committee / Policy

1250 Academy Park Loop Colorado Springs, Colorado 80910

Defendant 10: was acting under color of state Law or federal law at the time the claim(s) in this complaint arose __Yes__
Explain: it is the Policy of the CDOC to provide a safe and secure environment for all DOC employees, contract workers, volunteers, offenders and visitors by ensuring that facilities, offices and grounds meet and conform to applicable Federal, state and local building [4-4123] Fire, sanitation, Safety, and Health Codes, [2-C0-2A-01] Regulations, statutes, standards, and Executive Orders pursuant to AR#15501, AR#1550-01 Support Operations Subject Safety Program
Effective date 5/15/2017
Defendant 10: is being sued in Both official and individual Capacity __Yes__

H7

Additional Pages Regarding Defendants
Labeled "B Defendants Information"                    1-24-CV-00418-SBP

Defendant 11: Unknown Defendants - Core Civic | CCCF 1-25
- Support Operations Operator | Policy
- Safety Program Personnel | Policy
- Facility Life Safety Coordinator | Policy
- Accident Prevention Personnel | Policy
- Risk Assessment Team | Policy
- Loss and Control Team | Policy
- Accident Investigator - Records | Policy
- Accident Investigator Person
- Safety Committee Personnel | Policy
- Life Safety Administrator | Policy
- Risk Management Personnel | Policy
- Facility Inspector | Policy
- New Construction Renovations Policy | Mgmnt
- Safety Liaison to State Risk Mgmnt Team | Policy
- Core Civic - CCCF - CDOC Contract | Policy
- Safety Performance Director | Policy
- Facility Risk Management Team | Policy
- Professional Liability Insurance | Policy
- Malpractice Insurance | Policy
- General liability Insurance | Policy
- Accident, Injury and Property Loss | Policy AR*200-04
- State office of Risk Management | Policy
- Administrative Head - Core Civic | CCCF | Policy

6564 State Highway 96, Olney Springs, Co 81062-8700

At the time of Claim(s) in this complaint arose the Defendant 11 was Acting under color of state or Federal Law. YES

Explain: Performing Central and Traditional State function incarcerating offenders in Private Prison with Duty to maintain Safe keeping, Safety and Securuly of each offender and facility. keeping the welfare of offenders safe and healthy. Contracting with CDOC to keep Quality of Life standards equal to CDOC Contract agreement and ACA standards CDOC Administrative Regulations Safety Program

Defendant 11: is being sued in both Individual and official capacity. YES

H-8

FACTS Statement of Claims
1-24-CV-00418-SBP

My name is Heshimo Yaphet Carr inmate number 82369 Colorado Department of Corrections. I am serving a 10 year sentence. My MRD is in 2030.

I am currently at Crowley County Correctional Facility which is a Core Civic Inc. Private Prison.

I arrived at CCCF on September 11, 2023.

I am a 50 year old African American male.

My Current address is P.O. Box 100 Olney Springs, Co 81062-8700   CDOC#82369

I am a Colorado State Prisoner Colorado Department of Corrections contracted with Core Civic Incorporated Private Prisons (under contract) to incarcerate me at CCCF site

Prior to my arrival at Crowley County Correctional Facility. Imminent Danger Existed Imminent threat to injury or Loss of Life. Unsafe Conditions

The Defendants of this Complaint were failing to enforce or follow AR# 1550-01 pg 1-5 Support Operations/Safety Program, and related ACA Standards: 2-CO-2A-01, 2-CO-2A-02, 2-CO-3B-01, 1-CTA-3B-06, 4-4123, 4-4215, 4-4420 and 4-4455

Inspite of the dangers this set into motion a culture of Deliberate Indifference and Reckless Disregard was Present that would be the Catalyst to My injuries

A-9

1

Additional    Jurisdictions. Authorities. Citations

1-24-CV-00418-SBP    USDC DC

Incorporating all paragraphs of 1-24-CV-00418-SBP
directly and indirectly to uphold, support and
authenticate itself in a Court of Law

Due to sheer volume of defendant list Plaintiff has spared
this Court the chore of Repeat. For each claim Plaintiff shall
state ALL Defendants. Whom he affirmatively belies to be true
sharing unwavering Joint-collective and direct individual Liability
For the violation of Federal Laws, violations of his U.S. Constitutional
Protections along with being Defendants direct participants in all allegations
made to this Court here in 1-24-CV-00418-SBP

    Liable to the Plaintiff for damages, injury, compensation
The Plaintiff is entitled by right under law. This Court does have
Jurisdiction. Demand is being made

    It is the Ultimate goal of the Plaintiff to secure a just inexpensive,
speedy outcome with all defendants, to limit the cost of this litigation
and the Courts resources

ALL claims are being presented irregardless of format or timing
Plaintiff prays this court acknowledge to include  Equal Protection Claim
A 42 USC 1983 claim Deprivation of Rights Privileges & Immunities secured
by the Federal Constitution or Federal Law — ALL Defendants, RE: Facts

CRS 1-1-113  Neglect of duty and Wrongful Acts — ALL Defendants. RE: Facts
Brown v. Davidson 192 P.3d 415 (Colo Apr 2006)
Helling v. Mckinney 509 U.S. 25 (1993) conditions put @ serious RISK.
Farmer v Brennan, 511 U.S. 825
Defendants (OFFICIALS) knew of condition and did not respond to it in reasonable manner

Exposure to unreasonable risk of serious harm is deprivation of basic need
basic human need — Safety

Vance v Peters, 97 F.3d 987 (7th cir 1996)
Condition so obvious Defendants knew about it or was ignoring it.

Failing to install safe step construction @ CCCF unsafe fence structure, Core Civic LLC. INC.
circumstances, intentional acts and decisions that caused Plaintiff injury damage 9/14/23.

#10

Responsibility                                    I) Statement of Claims

The Defendants in this Complaint being
alleged to be Liable in ALL claims
for Federal Law violations Constitutional
Right (violators) ALL whose direct Acts
or inaction when bound by duty
set into motion events that injured
Plaintiff The Executive Director, Warden,
Administrators Head of CoreCivic Inc. CCCF
Gaps in Policy, Lapse in Policy Implementation

The Defendants and Policies shared unilateral
responsibility and duty for Safety and Welfare
of Plaintiff regarding all times in question
Citing non-delegable duty doctrine and
Safety Program Policy.

The defendants of 1-24-CV-00418-JBP

Disregard Extreme Hazard obvious signs
of substantial danger that eventually harmed
Plaintiff on 9/14/23 at CoreCivic Inc, Private Prison
Crowley County Correctional facility who under
contract with Colorado Dept. of Corrections held
Plaintiff for Safekeeping. ALL Defendants are Liable

# 11

FACTS                         B. Statement of claims

I will prove to this Court that jointly and collectively each Defendant is equally at fault ALL were aware of substantial danger present or should have been for example under AR# 1550-01 pg 1-5 under Inspections A. it states Keeping Aisles, stairs and paths of travel free from obstructions. I will prove that upon my arrival date of 9/11/2023 and injury date 9/14/23
      The defendants were failing to enforce this Policy.

   Also,
Under AR#1550-01 pg 1-5 under Inspections C. Monitor work areas for slip, trip, fall and other hazards. I will prove that on 9/14/23 the date of my severe injury broken fractured Right Knee. A crude slip, trip, fall Area was allowed to exist at outdoor medline pick up site. The slip, trip, fall deliberate ill fashioned maintenance creation violated building safety code installing a 1-2 inch raise before the desending five steps. The 1-2 inch rise was unannounced no caution sign, no change in color, it posed Extreme Hazard: slip, trip, fall down five steps.

This caused me Severe injury damage pain including the need for X-RAYS, CAT SCAN, Knee brace, Pain shots, Rehab.

Deliberate indifference or callous disregard for prisoners safety violates the Eighth Amendment if it creates an unreasonable risk of injury in living

#12

2

FACTS

The Problem and subsequent injury could have been avoided. AR# 1550-01 Pg 1-5 [clearly states] that Under "Inspections":

• Their is Documentation that Facilities are inspected by Fed, State, or local health and safety Officials annually. - (THE DEFENDANTS)

• The Facilities are also inspected 'weekly' by a qualified DOC employee who has completed the Facility Inspectors annual refresher training.

I attest and allege The training is Inadequate and is a cause of Injuries

• Monthly inspections occur by a Life Safety Coordinator - Defendant per AR# 1550-01 Safety Program - Policy and ACA Standards

• "Inspections" conducted to ensure that Safety habits are practiced by ALL DOC Employees, Contract Workers, Volunteers and Offenders

☼ EFFECTIVE DATE May 15, 2017

* I submit the date to memorialize *
based on Administrative Regulation # 1550-01 pg 1-5 and ACA Related Standards 1. the defendants were under Policy and duty to uphold, enforce Safety Program 2. to Protect my health and Safety 3 to take action and implement corrective measures 4. When Obstructions blocked paths of free travel, Aisles, and Stairs 5 to eliminate Areas that cause slip, trip, fall (hazards)6. These defendants showed Deliberate Indifference Reckless Disregard based on date of my injuries and Causes
Sept 11, 2023

H13

3

FACTS 1-24-cv-00418 SBP

D   Statement of claim

RE: CoreCivic Inc. Crowley County Correc Facility, ALL Defendants 1-24-cv-00418 SBP

A culture of deliberate indifference, (custom) or policy seems to exist simply by observing the Facility Fence at CORECIVIC / CCCF Facility. One that CDOC authorizes Condones and fails to hold accountable they're co conspirators by default. This is the case due to my injuries that were magnified by the unsafe Fence conditions, surely a safety violation by Health Code Standards.

The Facility fences are an Extreme Hazard Left uncorrected even after causing severe damage to my Head, Face etc. Deliberate Indiff

The Fence at Crowley County Correctional Facility has millions of 2 inch metal twist spikes on interior Fences that stick outward and poke and scratch, Rusty twisted pieces of metal that can go up to 2 inches into you if you stumble Fall or get pushed into Fence, when the Medline Steps (that had Extremely Hazardous Incline) that was not properly built tripped me. I stumbled down 5 steps head First into these spikes. I was stabbed gashed into my head and temple Right side knocked unconcious, this also occurred 9/14/2023 Required tetanus shot, medication Follow up care

#14

4

FACTS                                    Statement W claims

This complaint (and all claims) revolve around these injuries, damage, Constitutional violation, Unsafe conditions, Deliberate indifference Reckless Disregard to health and Safely by Defendants. Cruel and Unusual Punishment Failure to Protect and Keep Safe

Gap in Policy, Lapse in Policy that Caused injury and damages Failure to enforce or implement Necessary policy, procedure, employees "Properly trained" Failure to supervise adequately.

To include: the CCCF/CORECIVIC Private Prison manifested dangerous conditions. Unsafe pathway to Medline by requiring offenders to go to the gym to get medications -(Not Medical)

This Policy and Procedure directly placed me in harms way and caused my injuries. The pathway was Unsafe, inadequate, caused to desend down unsafe steps Extreme Hazard.

The danger was obvious. The need for maintenance/renovation obvious, The Facility would wait until my injuries before remodeling the steps, painting yellow and installing Caution signs

A15

5

D statement of claim

# Regarding Unsafe Conditions

The Life Safety Coordinator will investigate and process AR FORM 1550-01-A, DOC employee 'Report of unsafe conditions' in a Timely Manner.

The Life Safety Coordinator will also follow up on action to correct the unsafe condition ACA[2-CO-2A-02] This Procedure was not enforced in meaningful time to Protect me from avoidable injury. This is unreasonable

The Life Safety Administrator reviews all reports This Defendant failed duty to Keep Safe

Authority  CRS 8-40-101  workplace safety
CRS 17-1-103  Duties of Exec Director
CRS 24-2-105  Rules and Regulations
State adopted Codes and Standards

The Payroll manager is responsible for the administration of the risk mgmt Program and providing direction in The process

Supervisors will ensure compliance with the Safety Program within their area of Responsibility

Life Safety Administrator is responsible for the overall management of the DOC Safety Program

Central Safety Committee will meet to review ARs relative to Safety issues and Standardized Safety forms and Liaison with Outside Agencies

The Associate Director of Staff development and training will assist the Life Safety Administrator and Central Safety Committee in development and Review and evaluation of Safety Training Requirements and Curriculum

+16

6

FACTS   1-24-CV-00418-SBP   1) Statement of claims

Life Safety Coordinator are to recommend a Plan of action or recommend immediate corrective action to the administrative Head when unsafe conditions pose imminent danger to life or property ACA [2-CO-2A-02]

On The date of my avoidable injuries physical damage and loss - of no fault of my own the referenced Defendants Policies Failed to Protect Failed Duty

∗ I allege inadequate training. Regarding accident prevention techniques. Use of Safety devices, measures and equipment causing Loss of life, limb, property violating Constitutional Protections or Liberty interest.

Cite: AR Form 1550-01A
DOC Employee Report of Unsafe Conditions
    AR FORM 1550-01B
OFFENDER Safety, Personal Protective Equip and hazardous Materials Verification
    AR FORM 100-01B
Administrative Regulation Implementation / Adjustment

Alleging: Lapse in Policy Enforcement RE: Safety
    Inadequate Facility Management RE: Safety
    Inadequate Facility Maintenance RE: Safety
    Causing injury
    Unsafe Conditions
    Unconstitutional Prison Conditions RE: Safety
    Unsafe Practices RE: Safety
    Dangerous Conditions
    Causing injury.

Deficient CDOC Contract (oversight) - Enforcement RE: Safety
CDOC Management: Failing to contract adequate Care, protection, Health and Safety Standards and Policy - Breach of Contract CDOC / Corecivic / CCCF Under Non Delegable Duty Doctrine
Joint Liability

H17

7

FACTS    1-24-CV-00418-SBP                    D) Statement of claims

Policy

It is the Policy of the CDOC to provide a safe and secure
environment for all DOC employees, contract workers, volunteers,
offenders and visitors by ensuring that facilities, offices,
and grounds meet and conform to applicable federal and
State and local building [4-4123] Fire, sanitation, safety,
and Health Codes,

See: AR# 1550-01
Support Operations
Subject: Safety Program
EFFECTIVE Date 5/15/2017


CDOC: Category of Hazard
"Extreme Hazard" defined
= Hazard which is likely to cause death, serious injury or cause
major damage to facility or complete disruption of operations

ORDER: Must be corrected immediately    per CDOC Safety Policy [Program
EFFECTIVE Date 5/15/2017
The Date of injury - deliberate exposure to injury 9/14/23 equtes to intentional Acts.
 ALL Defendants Case # 1-24-CV-00418-SBP
Deliberate Indifference - Reckless Disregard to Danger  Violation 8th Amendment
Failure to Protect - Equal Protection Violation 14th Amendment. Eighth Amendment
Cruel and Unusual Punishment violation Eighth Amendment
Inadequate Medical Care Violation Eighth Amendment
Inadequate Medical Facility - Pathway Route Extreme Hazard Violation Eighth Amendment
Due Process Violation 14th Amendment Due Process Clause
Unconstitutional Prison Conditions Eighth Amendment violation
Unsafe Conditions Equal Protection Violation 14th Amendment
Fourteenth Amendment Violation
Eighth Amendment violation


The Defendants / Prison officials must provide adequate Medical facilites
and equipment FOR necessary medical care, by way of Policy Procedure.
Routing Medline to gymnasium and Extremly Hazardous unsafe steps
(Obstructed by altered renovation) that was facially unsafe, dangerous/Unconstitutional
extreme hazard. Willful neglect exist, deliberate indifference by Policy -
Violation Eighth Amendment Protection against Cruel unusual Punishment.
Deliberate Indifference, Inadequate Medical care.

H18                                8

FACTS                                                      D   Statement of claim

The Defendants jointly, collectively participated in, or directed
the violations, or knew of the violations and failed to act
or prevent them from occurring * Fence Danger Still Persist, 3/14/24
Inspite of injuries caused and substantial risk that remains

An affirmative link and or connection does exist between
each defendants Action or Lack of action that caused
injuries to Plaintiff and constitutional deprivations.

Constitutional Violations resulted from unofficial custom, Policy
Policy of Deliberate indifference reckless disregard
to health and safety, Safety Program, offender Care.
See Monell, US at 690. 55 - causing injury

Failure to Equally Protect Keep Safe under Duty
is facially unconstitutional - a gap in Policy And
enforcement causing injury to Plaintiff

ALL Defendants Jointly Liable (guilty of Act)
Deprivation of Basic Human Need. Right to Life
Right to Safety deprivation of this is
Cruel and Unusual Punishment   Violation 8th Amendment
Deprived me of Right to be safe from harm
protected from reasonable danger.
Deprived me of Right to be free from
Cruel and Unusual Punishment
Deprived me of Right to Equal Protection of the Law
Deprived me of Right to Adequate Medical Care
Deprived me of relief when Legally entitled
These Defendants are guilty of. (ALL)
Refraining from duty Failing to Act when legally bound.

H19

9

FACTS   1-24-cv-00418-SBP

D Statement of Claims

The 14th Amendment to the United States Constitution Due Process Clause protects against deprivations of life, liberty or property. I am invoking its procedural protection. This Court does have Jurisdiction. This Complaint.

---

These claims represent Constitutionally Protected Interest. The Liberty interest I allege is My Body, placed in harms way - injured

I am the victim of circumstances that were unreasonable and avoidable. Conditions of confinement, unsafe and unconstitutional treatment. Private interest affected, Afflicted by official action and deprivation

---

Eighth Amendment Failure to protect claim versus all defendants who were all indifferent to substantial risk and danger that injured Plantiff

The right to be Protected from ~~exposure~~ to imminent danger, unsafe hazardous conditions was clearly known at the time or should have been, it was clearly established

A20

10

I submit to this court Factual details that allege and support that because of the defendents listed I have been and continue to be denied a right secured to me by either The United States Constitution or a Specific Federal Statute

The Defendents acted under state or Federal color of Law, statute ordinance regulation, custom- I am a Citizen of United States

ALL Defendents were performing a traditional state Function

Universal Declaration of Human Rights

Article 3

Everyone has the Right to Life, Liberty and security of person

CDOC controller Reviews for possible internal control weaknesses

The office of budget and business operations will be responsible to Monitor insurance coverage and liability.

The State office of Risk Management assigns property loss claims to an insurance carrier which assigns an adjuster. The adjuster will contract the DOC employee to appraise the damage and negotianable Settlement of the claim

State is required to obtain insurance CRS 24-10-116

Purchase of insurance authorized CRS 24-14-102

Powers and duties of the department CRS 24-30-1504

Powers of Executive Director CRS 24-30-1505

Claims investigation, claims adjustment, and support services CRS-24-30-1506

AR FORM 200-04B Report of Accidents, Incidents or Condition

Risk Management Office
1313 Sherman Room 114
Denver, Colorado 80203
     (303) 866-3348

See: Duties of State Auditor CRS 2-3-103(1)
    Duties of Director, Inspector General-investigator duties CRS 17-1-1038
    Duties of Exec Director CRS 24-33.5-104
    Control system to be maintained CRS 24-17-102

x21

11

FACTS  1-24-cv-00418-32-BP                              D statement of claims

Cite: The Occupational Safety and Health Act standards

Site Analysis Requirements For a Formal hazard analysis of The Site and development of a site specific plan For Construction and or protection

Certification Enforcement
provision certifying that general site workers, onsite managers, supervisors have received specified training and shall prohibit any individuals who have not received specific training.

Environmental Protection Agency

State Controller: Contract Policy Review and Approval Delegated Agencies State Contract Approval AR 200-12 May/01/2017

Compliance Audit: review of records and/or process performed to determine whether specific policies or procedures established are being followed.

Notice
Invoking these guidelines in direct regard to these claims breach of rights guaranteed under our U.S. Constitution. as a matter of Due Process Asserted under 1 Pursuant to Eighth Amendment Asserted Pursuant to Fourteenth Amendment

I have provided brief description of the evidence that proves specific elements of all claims and defendants.

I have exhausted the Administrative Process and System,
The grievance system addressed the merits admitted errors injuries damage. Plantiff did not receive satisfactory relief Plantiff is Entitled to Relief Each Defendant is legally connected to Constitutional violation

Defendants jointly, collectively willfully, Knowingly disregarded obvious signs, construction, building violation - failed to implement New policy or enforce existing Policy- injury to Rights, and physical person occurred subsequently Facts will prove

A22

Injury date 9/14/2023

between 4:00 pm - 6:30 pm

---

Medical EMErgency Appointment
9/14/2023
Tetanus Shot
Recived ice. Ibuprophen
Ace Bandage For Knee

---

9/18/2023
between 1pm - 1:30pm
met with Captain Guerro
walked to area that caused injory
he took pictures of head, Face, Knee

---

9/18/2023
Spoke with PPMU, Inopector general
in Jally Port Appox 11:30 Am

---

On 9/18/23 CCCF / Core Civic
Put Caution Sign at area injury
caused

---

On 9/19/2023 10:30 am
maintenance paints steps yellow
installs ramp over area that
caused slip, trip, Fall, Levels the
area out, puts gripper material
and arrows for guidance

---

9/21/23 Xray taken 9am knee
Xray taken Chest

---

9/22/23
X-Ray result return
Knee categonzed at Broken
given knee brace

---

9/22/23
Scheduled to see opeadint
Told may need ourgery

---

9/22/23
Given Bottom Rack Restriction

---

Approx 2 months later
Taken to Pueblo For
Cat Scan / Knee

1-24-cv-00418-SBP

r23

13

42 USC 1983 14th Amendment
Equal Protection. Discimination
vs
* ALL DEFENDANTS

Additional Claim for Relief

42 USC 1983 14th Amendment
Conditions of Confinement
*vs. ALL Defendants

Additional Claim For Relief

USC § 12101 et, seq ADA
Disability Discimination
* vs ALL DEFENDANTS

Additional Claim For Relief
CRS 13-21-131
Co Const Art 11
Sec 25 Due Process
Deliberate Indifference
vs. All Defendants

Additional Claim For Relief
Malpractice.
vs.
* ALL Defendants

Additional Claim For Relief
CRS 13-21-131
Co Const Art II Sec 20
Cruel and Unusual Punishment
Conditions of Confinement
Eighth Amendment
*ALL Defendants

Additional Claim For Relief
CRSs 13-21-131
Co Const Art 11 Sec 25
Due Process
Conditions of Confinement
* ALL Defendants

Additional Claim for Relief
CRS 13-21-131
Deliberate indifference
Inadequate Medical Care
Eighth Amendment
*ALL Defendants

Note:
See Facts (For support)
regarding defendants each
Claim For Relief

#24    Incorporating All Paragraphs of Complaint in Support
vs. Defendants

14

1-24-cv-00418-LTBP

D Statement of claim

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

14th Amendment Equal Protection violation
14th Amendment Conditions of Confinement claim

CLAIM ONE: <u>Deliberate Indifference Personal Safety 8th Amendment Violation</u>
Reckless Disregard to Health, Safety, Life - that Caused serious injury.

Claim one is asserted against these Defendant(s): Alleged against All Defendants who
brought under CRS 13-21-131)     # 1-11 conspired, acted in Tandem
Art 11 Sec 20     Made intentional decision and Action
Personal Injury Acting under color of state fed law     That deprived Plantff of Rights

Supporting facts:

Due to extremely unsafe dangerous conditions at CCCF via CDOC a Core Civic Private Prison I suffered traumatic brain injury cuts and gash on top of head, gash on right side temple pictures were taken, I LOST conciousness urine ran down leg, my knee was fractured/broken in areas This occurred 9/14/2023 at Crowley County Correctional Facility. AT NO fault of MY OWN. Severe injuries occurred

The defendants created an Extreme Hazard by Policy and Procedure overlooked imminent danger a hazard which was likely to cause death or serious injury SERIOUS INJURY DAMAGE 9/14/23

<u>The deadly area:</u> Facility Fences are crudely fashioned every inch has 1-2 inch Metal twisted daggers with <u>sharp points facing out</u>. This danger is ongoing indifference These daggers logged into my scalp and temple on 9/14/23. I went to Medical recieved tetnus shot. Facility Did not taken action remove dagger/Sharp Points. <u>How did this happen? Extremely Dangerous Unsafe Steps trip</u>

See: AR# 1550-01 pg 1-5 Chapter: Support Operations
Subject: Safety Program Effective date: May 15, 2017

* Even though this Administrative Regulation and related ACA standards specifically state under Inspections (4) keep aisles, stairs and paths of travel free from obstructions ---- (additional paper attached)
An OBSTRUCTION was Created by Core Civic/CCCF That Injured Me

H-25

1) Statement of Claim

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

Additional CLAIM ⬛: **Failure to Protect 8th Amendment Violation**
14th Amend Equal Protect Violation

Claim one is asserted against these Defendant(s): ALL DEFENDANTS

1-CV-24-00418-SBP

Farmer v Brennan
511 U.S. 825, 832 114 S.Ct

Supporting facts:

Defendants jointly, collectively, acting in tandem conspired willfully, knowingly intentionally to deprive me of rights guaranteed acting under the color of state Federal law denied me the right to be safe free from harm unreasonable danger Failed to enforce Safety Program AR# 1550-01 pg 1-5 Failed to provide Safe Conditions subjected me Unconstitutional unsafe conditions and avoidable injury that broke fractured my knee dangerous extreme Hazardous steps and Extreme Hazardous unsafe Prison Fence that has dangerous 2 inch metal rusted spikes protruding that cut into my Face head temple area on 9/14/23 after unsafe steps trip caused Fall

Reasonable measures were not taken to Afford Safety by Defendants who had duty to do otherwise quoting Hudson v. Palmer, 468 US 517
Unsafe Conditions Posed Substantial Risk and Injury Defendants were aware of Risk or should have been Plaintiff entitled to relief

A26

4

Additional

D) Statement Of CLAIMS

Failure to Protect Claim
alleged against entire Defendant (ALL)
List 1—11 of 1-CV-24-00418-SBP

Eighth Amendment violation
fourteenth Amendment Equal Protection violation
farmer v. Brennan 511 U.S. 825, 832, 114 S.Ct.

The defendants willfully, knowingly Acted
intentionally took steps that contradicted
garuntee: duties require officials and
policy or procedure to take reasonable
measures to garuntee the Safety of
inmates Id. quoting Hudson v. Palmer, 468 U.S. 517

The Defendants of this Complaint incarcerated
me the Plantiff under conditions that posed
a substancial Risk of serious harm, the
Defendants acted deliberately indifferent to
Plantiff's safety. The defendants were
subjectively aware of the Risk and faibd
to take reasonable measures to abate
it Reed v. West, 988 F.3d 907 (6th Cir 2001)

Plantiff suffered serious injury in addition to
pain and suffering- due to unsafe conditions.
Conditions All Defendants were aware of
or should have been.

A27

Additional

## I) Statement of Claims

## Cruel and Unusual Punishment

## Violation of Eighth Amendment

Asserted AGAINST ALL DEFENDANTS (1-11)
1-24-CV-00418-SBP (Deliberate Indifference)

prison officials must provide adequate
Facilities and equipment for necessary
Medical care "Adequate Care"

The Constitution can be violated by
dilapidated dangerous physical conditions
Inadequate treatment or facility.

CoreCivic / CCCF via CDOC. 1-24-CV-00418-SBP
ALL Defendants Failed to provide reasonable
safety measures and precautions regarding
The Medical System (Medline pathway) enacting
a policy provision that Forced inmates
to be rerouted from Medical to outside
Gym to recieve Medications. A dilapidated
dangerous step construction existed
that placed inmates in ~~extreme~~ hazard
imminent danger, combined with deadly
Fence spikes 1-2 inch metal points
that protrude against safety codes.

The altered steps had invisible 1½ inch Raise
directly above First step. it tripped me
down Five steps to collide violently into
Metal points. Xrays Revealed Fractured
broken Knee as did Catscan. I recieved
Knee brace. 9/14/23 Pain. Suffering continues
Cuts, bruises, head trauma.

A-28

1-24-CV-00418-SBP

## E.     PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you
were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one*
*previous lawsuit, use additional paper to provide the requested information for each previous*
*lawsuit. Please indicate that additional paper is attached and label the additional pages*
*regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):                    El PASO COUNTY Jail, et al

Docket number and court:                   1-20-CV-02660-RBJ-JKC

Claims raised:                             Excessive Punishment Violation Due Process

Disposition: (is the case still pending?
has it been dismissed?; was relief granted?)    Relief Granted - Settlement

Reasons for dismissal, if dismissed:              N/A

Result on appeal, if appealed:                    N/A

## F.     ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in*
*federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be*
*dismissed or judgment entered against you if you have not exhausted administrative*
*remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

___✓___ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

___✓___ Yes ___ No (*check one*)

H29

Previous Lawsuits Refrence

Lexis: 34 935
233823
181828
233812
233813
233825
233852
233824
181828

1-24-CV-00418-SBP    USDC DC

A-30

## Relief Requested

The Plantiff Asks The Court to Order the defendants to jointly and severally pay for the harm alleged to have been Suffered by the Plantiff

The Plantiff alleges that the defendants did not Follow their legal duty to to reasonably enforce Health & Safety Policy Standards resulting in Plantiff injuries

Defendants jointly failed implement policy to avoid injuries did not enforce contract Violating Plantiffs Constitutional Protections and Rights to be free from Cruel and Unusual Punishment. The Plantiff was physically harmed with serious personal injury because of Defendants actions including inactions Deliberate indifference to required duties and Safety Program.

H3|

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Plantff respectfully prays that this Court entr Judgement grantff Plantff All relief available

A declaration the Actr and Omumens described herein violated Plantff rights under the United States Constitution and laws of the United States

A preliminary and permanent injunction ordering defendents to correct and fix all areas of concern-danger fence, steps, Compensatory damages be awarded in an amount to be determined against each dependant jointly and severeally To include punitive damages for reckless disregard to obvious threat and extreme hazard, in an amount to be determined later against each defendant, provide jury trial on all issues, cost for Plantff attorney and any additional relief this Court deems proper equitable

## H.    PLAINTIFF'S SIGNATURE    Respectfully Jeshima J Carr  3/14/2024

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____
March 14, 2024
(Date)

(Revised November 2022)

7

In the United States District Court
For The District of Colorado

Civil Action No. 1-24-CV-00418-SBP

Plaintiff: Heshimo Yophet Carr

03/14/2024

v.

Core Civic Inc, et al

PRISONER MOTION FOR APPOINTMENT OF COUNSEL

I am a Pro Se Plaintiff in this civil case and am not currently represented by counsel I believe that I am unable to proceed with the assertion of my Claims in this Case without the assistance of counsel.

I believe that I qualify for the appointment of counsel from the Civil Pro Bono Panel.

I understand that, pursuant to the eligibility requirements set forth in D.C. COLOLAtty R 15(e)(1), this motion may not be ruled upon before The Court completes the initial review of this case required by 28 USC §§ 1915(e)(2), 1915A and D.C. COLO. LCivR 8.1.

I also understand that the Court may deny this motion without prejudice with leave to re-file after the initial review is completed if the case is not dismissed

A33

# PRISONER MOTION FOR APPOINTMENT OF COUNSEL

I am aware that I am obligated, as a party in this case representing myself, to meet all obligations imposed under the Law and The rules of procedure, Local rules, and The practice standards of This Court Until appointed counsel Formally enters an appearance in this case. I also confirm my understanding That in the event this motion is Granted

There is no gaurantee that appointment of Counsel results in an attorney automatically entering an appearance in This Case.

Plantiff request this Court to take action due to complexity of the action, potential merit of the claims and the indigent status of unrepresented party

Seeking General Representation

dated 3/14/2024

Heshimo Y. Carr

Heshimo Y. Carr

P.O Box 100   CDOC # 82369
Olney Springs, Colorado
81062-8700

134

pg 2 of 2

Reference Points

AR# 100-33 ACA Accreditation Audits and Facility Security
AR# 100-35 Planning and Continuous Improvement
AR# 100-42 Americans with Disability Act - Public Access
AR# 100-35 Implement Adjustments Planning Continuing Improvement
AR# 100-07 Reportable Incidents and Incidents tracking

CRS 13-21-117 Duty to Warn
CRS 13-11-131 Civil Liability Respondeat Superior
  Supplemental (Pendent) Jurisdiction over State Law

Failure to Act is An Affirmative Action a decision
that sets in motion chains of events - injuries
Failure to Protect violation 14th Amendment
Insubordination Reckless Disregard
Deliberate Indifference to Safety
Inadequate Medical Care and Facilities.
Extreme Hazard Areas - Pathway to Medline, Steps, Fence
Unsafe Conditions Cruel and Unusual Punishment
Unaccountable Inspections. Facility Audit
Deprivations of Rights. Conspiracy to deprive
  §251 §252
CRS 13-21-131 Co Const Art 11 Sec 25
14th Amendment Equal Protections Discrimination
14th Amendment Conditions of Confinement

State Deprivation Defendants deprived Plaintiff
denied enforcement of rights guaranteed by
14th amendment. He invokes its protection. Safeguard
  Rice v Sioux City Memorial Park Cemetery, Inc

A35

1-24-CV-00418-SBP

AR Form 850-04A (12/01/18)

Informal Resolution

Exhibit B

1-24-CV-00418-SBP

| Offender Must Complete | |
|---|---|
| Name: Cary Hoshino | DOC #: 82369 |

## This form used for INFORMAL RESOLUTION ONLY

| Instructions: | |
|---|---|
| 1. Fill out identifying data in space provided. (Must be legible.) | *This space must remain blank* |
| 2. Clearly state basis for grievance or grievance appeal. | *This space must remain blank* |
| 3. State specifically what remedy you are requesting. | *This space must remain blank* |
| 4. Remedy must remain consistent. | *This space must remain blank* |
| 5. Signatures of Parties present for resolution attempt. | *This space must remain blank* |

Subject of Grievance and Requested Meaningful Remedy: Picture taken 2B JallyPort 1:57 pm @ apprx 6am - 8am - 9/14/2023 @ Crowley morning medline being distributed from the gymnasium door. I was tripped by facility improper step alteration that caused me to tumble full force down entire flight steps @ full speed and crash violently into the Gold fence where right side of my head was pierced by the metal spike-thrust haphazedly left exposed to injure I collided hard/head first on camera into metal spikes/fence inches from eye and into fence pole. I was knocked dizzy peed on self blacked-out dropped was lost understandy C/o Ramirez instructed me to go to Medical. I did. declared emergency was seen 9/14/23 by Nurse Trujillo and staff who gave me Tetanus shot and cleaned out my head (gash) today w/ 9/15/23 My head still hurts, leg and back, lip bruised and sore Dizzy vision Fuzzy fed weired. Lopez cleared Picture to be taken today for Remedy Relief Request to Avoid me File for Monetary Compensation, Pain and Suffering Injury Damages through U.S. Court to Repair All areas that caused Injury. Then Provide Me with a Color T.V., a Radio A watch, sweatsuit, reebok shoes, Fan Lawbook & extra for my service by 10/15/2023

Offender Signature / Date: Hoshino H. Cary 9/15/2023

Response from affected area or case manager or community parole officer: MAINTENANCE CHECKED THE AREA THAT CAUSED THE INCIDENT. THERE WAS A GRATE STICKING UP 1/2 INCH ABOVE THE TO STEP FOR SLIP PURPOSES. MAINTENANCE INSTALLED A METAL TRANSITION OVER THE EDGE AND PAINTED ALL THE STEP YELLOW, AND BENT DOWN THE FENCE TIES.

✳ Admitting Guilt Liability

Resolution:

☐ Issue Resolved    ☐ Step I Grievance Issued    ☐ Non-Grieveable per 850-04

| Offender Signature: | Date: |
|---|---|
| DOC Employee Signature: | Date: 9/19/23 |

Attachment A
Page 1 of 1

Herman Lopez
PO Box 100
6564 State Hwy 96
Olney Springs, Co 81062

State of Colorado
DENVER 37 of 40 0203

January 24, 2024

State of Colorado
* Notice Before Action *
24-10-106(3)(a)

Exhibit A   Action For Injury to Personal Rights and protection   within & Gainer
Pg 1

* TO: whom it may concern: State of Colorado, employee, Contractor,
Core Civic, Crowley County Correctional facility, etc (unknown names) All Liable

Please be advised that I intend to bring claim, Federal Lawsuit
seeking compensation, and relief, monetary compensation, damages
due to injury, Loss, personal injury, resulting from wrongful Act,
acts, or omissions of an employee of the Government, state, Core Civic
facility, or employee, including, the State, For Personal Injury, Constitutional Violations
*ALL LIABLE

This claim will center around Unconstitutional Conditions at the
Crowley County Correctional Facility "Dangerous Conditions" that caused
Severe injury, Fractured bones, head trauma, significant skin bruises, also
abrasions, Cuts and loss of blood, that required tetnus shot, Medical help,
X-rays, knee brace, Pain Medication, Cat Scan etc. which ———
occured on 9/4/2023. I have exhausted administrative relief (no relief)
@ facility who decline to offer any forms of relief, or damages
compensation. See grievance # R-CC 23/240317. I made 4 ("fair")
attempts to avoid filing Lawsuit 42 U.S.C. 1983 Prisoner complaint pkg
@ issue at hand (Injury)
The facility allowed improper steps/alteration to exist that was quickly fixed
maintenanced and upgraded after it caused injury. (Other areas) also @ site
caused injury (which will be revealed later) I am alleging violations of
first amendment, Fifth Amendment, Eigth amendment and Fourteenth
amendment protections. along with, ADA of 1973, more to follow

This is your Formal notice prior to filing of Suit/Claim.
There are multiple defendants who will be named including, entity(s)
policy, insurance company, municipality, other actors liable, negligent,
who caused constitutional violations and or injury (to be named later) as discovered
pg 1

State of Colorado
Notice Before Action

Jun 24, 2024

Exhibit A

Pg 2

I will explain in detail how each named entity, individual, policy, lack of policy, physical thing caused the injuries and or deprivation of a federal right. <u>Kentuck v Graham</u>, 473 U.S. 159, 166 S. Ct.

There will be an <u>affirmative link</u> between <u>constitutional violation</u>, <u>injuries</u> <u>and each subject</u>, <u>place</u>, <u>thing</u>, <u>person</u>, <u>policy</u> (participated) <u>participation</u> <u>controller</u>, whos direction caused or whos failure to properly supervise caused damage; injury's. i.e. <u>Neglect Duty</u>, Refrain from duty (Failure to Protect)

<u>All involved knew dangerous conditions existed but disregarded the</u> <u>danger, showed deliberate indifference to safety issue, allowed the</u> <u>dangerous condition to exist</u> that ultimately severely damaged, injured me. Willful neglect causing physical long term damage, I am, will be alleging. <u>No form of immunity will prevail</u> to include all involved knew, or should have known injury would eventually occur if adjustments, (corrections) were <u>Not</u> applied. All Neglected liability, duty to protect the welfare of Mr. Carr until it was too late. Citing Deprivation of Rights 13 21-131 (Conditions of Confinement)

Also) Again 14th amendment Conditions of Confinement Claim
    14th amendment equal Protections claim (discrimination)
    8th amendment claim Cruel and Unusual Punishment
    Article 11 Sec 20 claim
    Due Process conditions of confinement claim
    brought under CRS 13-21-131  Art 11 Sec 25

14th Amendment Failure to Protect claim
14th Amendment Cruel unusual Punishment failure to protect claim
CRS 13-21-131 and Co Const Art 11 Sec 20

pg 2

PO Box 100
9661 St Hwy 96
Olney Springs, Co 81062

Den,                                          Jan 24, 2024

State of Colorado
Notice Before Action

Exhibit A
Pg 3

Personal Injury Action
Due Process failure to Protect brought pursuant to
CRS 13-21-131 and co const Art II Sec 25

Citing Non delegable duty doctrine, Mcneil, vicarious liability
The doctrine of respondeat superior, vicarious liability
or other non delegable duties at common law. Joint Liability

Bodily injury,
means physical pain, illness, or any impairment of physical or
mental condition per § 18-1-901 (3)(c) CRS

Liability is clear
The only issue will be the damages, the trends in awards,
earnings, punitive damages, etc. citing 1997c Intervention in actions
Seeking relief from egregious, flagrant condition that deprived this inmate
residing in institution of any right, privileges or immunities secured and
protected by the United States Constitution, that which caused to suffer
grievous harm, the deprivation is pursuant to pattern practice
of dangerous condition @ Facility in question, the deprivation being
protection from Serious harm, dangerous safety condition. Protection from
harm basic human need, being denied (safety) safe condition is
Cruel and Unusual Punishment. This is a liberty interest. It is Cruel.

This is timely Notice of impending Claim'(s)
Murphy v Indiana State University, 153 E 3d, 311, 317
(Ind Ct. App, 2020), CR.§ 24-10-106 (V)(a)(e) Dangerous Condition of any Public
building. Risk to health or safety of Public was known to exist or should
have been known to exist in exercise of reasonable care was caused by
negligent act or omission of the Public Entity in Constructing or Maintng the Facility
pg 3

I-24-CV-00418-SBP

P.O. Box 100
6564 State Hwy 96
Olney Springs Co 81062

Denver, Co
State of Colorado
Notice Before Action

Jan 24, 2024

Exhibit A
Pg 4

1-24-CV-00418-SBP

The Loss, damages, injury is ongoing, mobility-decreased, pain and suffering constant within Knee Cap/Knee, Back, Head trauma) and headaches, unable to participate in recreation, limited ability to perform have to wear knee brace, shot given in knee to offset pain, Surgery has been discussed, the gash on my head and right temple from fence spikes caused scar and head trauma, the amount of damages sought will exceed Two Hundred and fifty thousand dollars

Evidence is available, medical records, X-Ray, Cat Scan, video footage of incident also witnesses to incident

Please take Formal Notice

Respectively Sent

Signed
Jestuma J. Carr

Jestuma Yaphet #82369
Crowley County Correctional Facility
P.O. Box 100
6564 State Hwy 96
Olney Springs Co 81062-8700